In the Matter of TRI-STATE INVESTORS CORPORATION, Appellant, v. FREDERICK McH. KITCHING et al., Defendants.

ELIZABETH F. VILKOMERSON, Respondent.

(Argued September 29, 1931; decided October 23, 1931.)

*Albert Adams* and *Samuel Meyers* for appellant.

*Elizabeth F. Vilkomerson* and *C. Arthur Jensen* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., KELLOGG and O'BRIEN, JJ.